NO. 7345                                     STATE OF LOUISIANA

BARBER ASPHALT PAVING CO
                                             COURT OF APPEAL
          VS

F. RIVERS RICHARDSON.                        PARISH OF ORLEANS.

# 7345

By his Honor John St. Paul.

For the reasons assigned in Grasser Contracting Co Vs F. Rivers Richardson, No. 7351, decided this day.

The judgment appealed from is reversed and it is now ordered that there be judgment in favor of plaintiff Barber Asphalt Company, and against defendant F. Rivers Richardson in the full sum of Two hundred and four 25/100 Dollars with five per cent interest from May 28th 1914 and the costs of both courts, including $1.50 cost of recording, with lien and privilege on defendant's property fronting 120 feet on Lowerline Street in the square bounded by Zimple, Elm and Pine Streets.

This judgment to be executory only against the property subject to the lien and no further; and property *being* more fully described in the petition.